**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Sheena Richardson fka Sheena Johnson <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 20-11888 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
07 Dec 2021, 15:42:43, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322