B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:   Sheena Richardson fka Sheena Johnson
Debtor(s)

Case No. 20-11888 AMC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Lakeview Loan Servicing, LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:
RightPath Servicing
PO Box 619096
Dallas, TX 75261-9741
Phone: 833-685-2590
Last Four Digits of Acct. #: 4118

Name and Address where transferee payments should be sent (if different from above)
RightPath Servicing
PO Box 619094
Dallas, TX 75261-9741
Phone: 833-685-2590
Last Four Digits of Acct. #: 4118

<u>Community Loan Servicing, LLC as servicer for Lakeview Loan Servicing, LLC</u>
Name of Transferor:

Court Claim #: 12
Amount of Claim: $162,701.76
Date Claim Filed: 6/10/2020
Phone: 866-709-3400
Last Four Digits of Acct#: 6461

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Rebecca A. Solarz, Esquire</u>       Date: <u>7/26/2022</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.