```
          IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

  IN RE:              :    CHAPTER 13
                      :
  Sheena Richardson   :    No.  20-11888-AMC
      Debtor          :
```

ANSWER TO MOTION OF LAKEVIEW LOAN SERVICING, LLC
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
AND CERTIFICATE OF SERVICE

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted in part, denied in part. Admitted that monies are owed. Debtor does not agree with the exact amount.

8. Denied.

9. Denied.

10. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 09/07/2022

A copy of this Answer is being served on Rebecca A. Solarz, Esquire, and the Chapter 13 Trustee.