*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sheena Richardson

   Debtor(s)        Case No: 20–11888–amc

              Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion for Relief from Stay re: 3329 Morning Glory Road, Philadelphia, PA 19154. Fee Amount $188.00, Filed by Lakeview Loan Servicing, LLC Represented by REBECCA ANN SOLARZ (Counsel).

  on: 9/20/22

  at: 11:00 AM

  in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

           For The Court

Date:  9/8/22

           Timothy B. McGrath
           Clerk of Court