United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sheena Richardson  
    Debtor

Case No. 20-11888-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 08, 2022      Form ID: 167      Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheena Richardson, 3329 Morning Glory Road, Philadelphia, PA 19154-1819 |
| cr | + | Reliance Motor Credit c/o Innovate Loan Servicing, P.O. Box 164818, Fort Worth, TX 76161-4818 |
| 14654029 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Sep 08 2022 23:58:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14510128 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 08 2022 23:58:00 | LAKEVIEW LOAN SERVICING, LLC, c/o LoanCare, LLC, 3637 Sentara Way,, Virginia Beach, VA 23452-4262 |
| 14717973 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 08 2022 23:57:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14654029 | ^ | MEBN | Sep 08 2022 23:53:31 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14492469 | + | Email/Text: RASEBN@raslg.com | Sep 08 2022 23:57:00 | Lakeview Loan Servicing, LLC, Ras Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | *+ | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| BRANDON DONALD PACK | on behalf of Creditor Lakeview Loan Servicing LLC bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Lakeview Loan Servicing LLC cwohlrab@raslg.com |
| DAVID M. OFFEN | on behalf of Debtor Sheena Richardson dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Sheena Richardson
    Debtor(s)

Case No: 20−11888−amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion for Relief from Stay re: 3329 Morning Glory Road, Philadelphia, PA 19154. Fee Amount $188.00, Filed by Lakeview Loan Servicing, LLC Represented by REBECCA ANN SOLARZ (Counsel).

on: 9/20/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 9/8/22

Timothy B. McGrath
Clerk of Court

51 − 46
Form 167