IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Sheena Richardson | : | No.   20-11888-amc |
| Debtor | : | |

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

   I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.


Dated: 04/16/2025       /s/ David M. Offen
                                      David M. Offen
                                      Attorney for Debtor(s)
                                      The Curtis Center
                                      601 Walnut Street, Suite 160 West
                                      Philadelphia, PA 19106
                                      215-625-9600
                                      info@offenlaw.com