**Fill in this information to identify the case:**

Debtor 1  Sheena Richardson
         fka Sheena Johnson

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number 20-11888-amc

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LAKEVIEW LOAN SERVICING, LLC

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 3036

**Date of payment change:** 6/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,476.45
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   **Current escrow payment:** $528.62          **New escrow payment:** $620.77

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   **Current interest rate:**                    **New interest rate:**

   **Current principal and interest payment:**   **New principal and interest payment:**

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**                  **New mortgage payment:**

Debtor 1 <u>Sheena Richardson</u>    Case number *(if known)* <u>20-11888-amc</u>
<u>fka Sheena Johnson</u>
      Print Name    Middle Name    Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Darrelyn Hughes</u>    Date <u>4/23/2021</u>
   Signature

Print   <u>Darrelyn Hughes</u>    Title  <u>Authorized Agent for Creditor</u>
   First Name  Middle Name  Last Name

Company  <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address  <u>130 Clinton Rd #202</u>
   Number  Street

  <u>Fairfield NJ 7004</u>
  City    State  Z P Code

Contact Phone  <u>470-321-7112</u>    Email  <u>dthomas@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Sheena Richardson
3329 Morning Glory Road
Philadelphia, PA 19154

And via electronic mail to:

DAVID M. OFFEN
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

By: /s/ Esther Kudron
ekudron@raslg.com

# Lakeview LOAN SERVICING, LLC
*subservicing by LoanCare*

P.O. Box 8068 | Virginia Beach, VA 23450

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

SHEENA JOHNSON
THE CURTIS CENTER
C/O DAVID M. OFFEN
170 S INDEPENDENCE MALL W STE 160W
PHILADELPHIA PA 19106-3338

**Statement Date:** 03/29/2021

## Annual Escrow Account Disclosure Statement

| | |
|---|---|
| **Loan Number:** | |
| **Review Period:** | 05/2020 to 05/2021 |
| **Escrow Surplus/Shortage:** | $-1,830.76 |

## Current Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | $855.68 |
| Escrow (Taxes and/or Insurance): | $528.62 |
| **Total Monthly Payment:** | **$1,384.30** |

## New Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | $855.68 |
| Escrow (Taxes and/or Insurance): | $468.21 |
| Prorated Shortage: | $152.56 |
| **Total New Monthly Payment** | **$1,476.45** |
| **Effective Due Date:** | 06/01/2021 |

## Contact Us

**Customer Service/Pay-by-Phone**
1.800.509.0183*
*Calls are randomly monitored and recorded to ensure quality service.*

**Hours**
Monday - Friday: 8 a.m. to 10 p.m. EST
Saturday: 8 a.m. to 3 p.m. EST
**Website:**
www.LakeviewLoanServicing.MyLoanCare.com

**Autodraft Customers:** If your mortgage payment amount has changed, we'll adjust your payment for you.

**Online Bill Payment Customers:** If your mortgage payment amount has changed, you will need to contact your financial services provider to adjust your payment.

## Account History

The following statement of activity in your escrow account from 05/2020 through 05/2021 displays actual activity as it occurred in your escrow account during that period. If your loan was transferred by another mortgage servicer, the prior projection information may not be included below.

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $2,235.69 | $-3,111.53 |
| May | Deposit | $528.62 | $0.00 | $2,764.31 | $3,111.53 |
| May | MIP/PMI Disbursement | $107.01 | * | $2,657.30 | $3,111.53 |
| May | MIP/PMI Disbursement | | $107.01* | $2,657.30 | $3,218.54 |
| June | Deposit | $528.62 | $744.15* | $3,185.92 | $2,474.39 |
| June | MIP/PMI Disbursement | $107.01 | * | $3,078.91 | $2,474.39 |
| June | MIP/PMI Disbursement | | $107.01* | $3,078.91 | $2,581.40 |
| July | Deposit | $528.62 | $744.15* | $3,607.53 | $1,837.25 |
| July | MIP/PMI Disbursement | $107.01 | * | $3,500.52 | $1,837.25 |
| July | MIP/PMI Disbursement | | $107.01* | $3,500.52 | $1,944.26 |
| July | Hazard Insurance Disbursement | | $3,206.43* | $3,500.52 | $5,150.69 |
| August | Deposit | $528.62 | $744.15* | $4,029.14 | $4,406.54 |
| August | MIP/PMI Disbursement | $107.01 | * | $3,922.13 | $4,406.54 |
| August | Hazard Insurance Disbursement | $3,078.91 | $2,361.00* | $843.22 | $6,767.54 |
| August | MIP/PMI Disbursement | | $107.01* | $843.22 | $6,874.55 |
| September | Deposit | $528.62 | $744.15* | $1,371.84 | $6,130.40 |
| September | MIP/PMI Disbursement | $107.01 | $107.01 | $1,264.83 | $6,237.41 |
| October | Deposit | $528.62 | $744.15* | $1,793.45 | $5,493.26 |
| October | MIP/PMI Disbursement | $107.01 | * | $1,686.44 | $5,493.26 |
| October | MIP/PMI Disbursement | | $104.77* | $1,686.44 | $5,598.03 |
| November | Deposit | $528.62 | $0.00 | $2,215.06 | $5,598.03 |
| November | MIP/PMI Disbursement | $107.01 | * | $2,108.05 | $5,598.03 |
| November | MIP/PMI Disbursement | | $104.77* | $2,108.05 | $5,702.80 |
| December | Deposit | $528.62 | $1,057.24* | $2,636.67 | $4,645.56 |
| December | MIP/PMI Disbursement | $107.01 | * | $2,529.66 | $4,645.56 |

*See reverse side for additional important information.*

SHEENA JOHNSON
THE CURTIS CENTER
C/O DAVID M. OFFEN
170 S INDEPENDENCE MALL W STE 160W
PHILADELPHIA PA 19106 3338

*Please return this portion with your payment.*
Loan Number:

### Shortage Amount

| Due by 06/01/2021 | $-1,830.76 |
|---|---|

| Shortage Payment Submitted - Payment Will Be | Shortage Payment Not Submitted - Payment Will Be |
|---|---|
| $1,323.89 | $1,476.45 |

**Please make checks payable to:**

LAKEVIEW LOAN SERVICING, LLC
PO BOX 37628
PHILADELPHIA, PA  19101-0628

If you prefer to pay your escrow shortage of $ 1,830.76 in lump sum, please make your check payable to Lakeview Loan Servicing, LLC and return this coupon. Your new mortgage payment would then be $1,323.89. Please include your loan number on your check, and send to: Lakeview Loan Servicing, LLC, **P.O. Box 37628, Philadelphia, PA 19101-0628** .

## Account History

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| December | MIP/PMI Disbursement | | $104.77* | $2,529.66 | $ 4,750.33 |
| January | Deposit | $528.62 | $0.00 | $3,058.28 | $ 4,750.33 |
| January | MIP/PMI Disbursement | $107.01 | * | $2,951.27 | $ 4,750.33 |
| January | MIP/PMI Disbursement | | $104.77* | $2,951.27 | $ 4,855.10 |
| February | Deposit | $528.62 | $0.00 | $3,479.89 | $ 4,855.10 |
| February | MIP/PMI Disbursement | $107.01 | * | $3,372.88 | $ 4,855.10 |
| February | City Tax Disbursement | $1,980.30 | $2,000.31* | $1,392.58 | $ 6,855.41 |
| February | MIP/PMI Disbursement | | $104.77* | $1,392.58 | $ 6,960.18 |
| March | Deposit | $528.62 | $4,757.58*E | $1,921.20 | $ 2,202.60 |
| March | MIP/PMI Disbursement | $107.01 | *E | $1,814.19 | $ 2,202.60 |
| March | Deposit | | $0.00 | $1,814.19 | $ 2,202.60 |
| March | MIP/PMI Disbursement | | $104.77* | $1,814.19 | $ 2,307.37 |
| April | Deposit | $528.62 | $528.62E | $2,342.81 | $ 1,778.75 |
| April | MIP/PMI Disbursement | $107.01 | $104.77*E | $2,235.80 | $ 1,883.52 |
| May | Deposit | | $528.62*E | $2,235.80 | $ 1,354.90 |
| May | MIP/PMI Disbursement | | $104.77*E | $2,235.80 | $ 1,459.67 |
| | Total Deposits | $6,343.44 | $10,592.81 | | |
| | Total Disbursements | $6,343.33 | $8,940.95 | | |
| | **Account Balance as of 05/31/2021** | | | | **$-1,459.67** |

An asterisk (*) appearing next to the amount indicates a difference from projected activity either in the amount or the date. The letter "E" next to an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur on the date shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $6,343.33. Your lowest monthly mortgage loan balance should not have exceeded $843.22, which is either 1/6 (also equal to no more than two months) of the total projected payments from the account as required by federal law or the reasonable amount required by state law or the amount required by the mortgage contract. Your actual lowest monthly balance was equal to or greater than $ 6,960.18. The items with an asterisk on your Account History may explain this. For further explanation, call our toll free number shown under the Contact Us section on this statement.

## Total Anticipated Annual Disbursement

These are the escrow items we anticipate to collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount paid for that item, or we may project the amount due as defined by federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| Tax Item | Annual Expense | Anticipated Date(s) of Payment | Insurance Item | Annual Expense | Anticipated Date(s) of Payment |
|---|---|---|---|---|---|
| City Tax Disbursement | $2,000.31 | February 2022 | MIP/PMI Disbursement | $104.77 | June 2021 |
| | | | MIP/PMI Disbursement | $104.77 | July 2021 |
| | | | MIP/PMI Disbursement | $104.77 | August 2021 |
| | | | Hazard Insurance Disbursement | $2,361.00 | August 2021 |
| | | | MIP/PMI Disbursement | $104.77 | September 2021 |
| | | | MIP/PMI Disbursement | $104.77 | October 2021 |
| | | | MIP/PMI Disbursement | $104.77 | November 2021 |
| | | | MIP/PMI Disbursement | $104.77 | December 2021 |
| | | | MIP/PMI Disbursement | $104.77 | January 2022 |
| | | | MIP/PMI Disbursement | $104.77 | February 2022 |
| | | | MIP/PMI Disbursement | $104.77 | March 2022 |
| | | | MIP/PMI Disbursement | $104.77 | April 2022 |
| | | | MIP/PMI Disbursement | $104.77 | May 2022 |

**Total Anticipated Annual Disbursement = $5,618.55**

## Account Projections

The following information covers your projected escrow account activity from 06/2021 to 05/2022. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law, or your mortgage documents, and may include a cushion of up to one sixth of your annual disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow analysis cycle.

| Month | Projected Payments Projected | Disbursements Projected | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | **$-1,459.67** | **$1,997.56** |
| June | $468.21 | $104.77 | MIP/PMI Disbursement | $ 1,096.23 | $2,361.00 |
| July | $468.21 | $104.77 | MIP/PMI Disbursement | $ 732.79 | $2,724.44 |
| August | $468.21 | $104.77 | MIP/PMI Disbursement | $ 369.35 | $3,087.88 |
| August | | $2,361.00 | Hazard Insurance Disbursement | $ 2,730.35 | $726.88 |
| September | $468.21 | $104.77 | MIP/PMI Disbursement | $ 2,366.91 | $1,090.32 |
| October | $468.21 | $104.77 | MIP/PMI Disbursement | $ 2,003.47 | $1,453.76 |
| November | $468.21 | $104.77 | MIP/PMI Disbursement | $ 1,640.03 | $1,817.20 |
| December | $468.21 | $104.77 | MIP/PMI Disbursement | $ 1,276.59 | $2,180.64 |
| January | $468.21 | $104.77 | MIP/PMI Disbursement | $ 913.15 | $2,544.08 |
| February | $468.21 | $104.77 | MIP/PMI Disbursement | $ 549.71 | $2,907.52 |
| February | | $2,000.31 | City Tax Disbursement | $ 2,550.02 | $907.21 |
| March | $468.21 | $104.77 | MIP/PMI Disbursement | $ 2,186.58 | $1,270.65 |
| April | $468.21 | $104.77 | MIP/PMI Disbursement | $ 1,823.14 | $1,634.09 |
| May | $468.21 | $104.77 | MIP/PMI Disbursement | $ 1,459.70 | $1,997.53 |

Your Projected Escrow Account Balance as of 05/31/21 is $ 1,459.67. Your Required Beginning Escrow Balance according to this analysis should be $1,997.56. This means you have a shortage of $ 1,830.76. Per federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. **We will collect the shortage over 12 months.** Once during this period, your Required Escrow Account Balance should be reduced to $726.88, as shown in August. This amount represents the cushion selected as allowed by your mortgage contract, federal and state law.

**Balance Your Escrow Account**

Each year your account is reviewed to make sure there is enough money to pay your property taxes and/or insurance. To do that, federal law allows us to require a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months. The payments made to and from your escrow account last year help predict your account activity for next year. Last year's activity also helps predict what your lowest account balance is likely to be. To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to deposit additional funds or if we will provide a refund.

| | |
|---:|---|
| $726.88 | Your minimum required balance |
| $ 2,730.35 | Your projected lowest account balance for August |
| $ 1,830.76 | Your escrow account surplus/shortage |